ROBERT MASTERSON, Appellant, v. MAX EPSTEIN, Defendant, Impleaded with FELTEN & FIPPINGER, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

BALBOS CORPORATION, Respondent, v. FRANK ANGELLILLI, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of ALEXANDER CUMMING.— Motion denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.